**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 6, 2013

_____

RULE 46 NOTICE (SECOND NOTICE)
CERTIORARI STATUS FORM

_____

No. 10-4067,   <u>US v. Fredy Jaimes-Cruz</u>
              7:08-cr-00139-FL-2

TO:   Slade Culli Trabucco

**FORM DUE:** 05/13/2013

The court has not received your **Certiorari Status Form** (form available at this link). Please complete and file the form within seven days of this notice. Failure to file will lead to referral of the default to the Standing Panel on Attorney Discipline under Local Rule 46(g) and could affect review of your CJA voucher in this case and appointment in future CJA cases.


Lisa McFarland, Deputy Clerk
804-916-2744