FILED: May 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-4072

(7:08-cr-00139-FL-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LORENZO JAIMES-CRUZ

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion for authorization of funding under the Criminal Justice Act, the court grants the motion and authorizes $426.30 to copy the petition for writ of certiorari.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk